E-FILED
Thursday, 17 November, 2016  02:03:53 PM
Clerk, U.S. District Court, ILCD

5442-104
JDF/bab

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| SHIMAAZ IVY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    No.: 16-cv-02292 |
| | ) |
| DOUGLAS BECKMAN, Individually, and | ) |
| NATHANIEL PARK, Individually, | ) |
| | ) |
|     Defendants. | ) |

**JOINT REPORT OF THE PARTIES OUTLINING A PLAN FOR DISCOVERY**

**I. INTRODUCTION**

The Plaintiff, Shimaaz Ivy, by his attorney, Martin D. Gould, and the Defendants, Douglas Beckman and Nathaniel Park, by their attorney, John D. Flodstrom, have conferred as required under Rule 26(f) of the Federal Rules of Civil Procedure for the purpose of developing a proposed plan of discovery. As a result of those consultations a proposed discovery plan is submitted to this Court as required under the foregoing rules and the local rules of this Court.

**II. SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED
AND AGREED TO AS FOLLOWS:**

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by December 20, 2016.

2. The deadline for amendment of pleadings is June 2, 2017.

3. The deadline for joining additional parties is June 2, 2017.

4. The plaintiff shall disclose any experts and opinion witnesses and provide Rule 26(a)(2)(B) reports no later than July 7, 2017. The plaintiff shall make such experts available for deposition by August 25, 2017.

5. Defendants shall disclose experts and opinion witnesses and provide Rule 26(a)(2)(B) reports no later than October 20, 2017. Defendants shall make any such experts available for deposition by December 22, 2017.

6. All discovery is to be completed by February 2, 2018. Any written interrogatories or requests for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

7. Discovery shall be modified as follows:

    A) Maximum of 25 interrogatories by each party to any other party.

    B) Maximum of 30 requests for admission by each party to any other party.

    C) No limit on the number of depositions for either party.

8. The deadline for filing case dispositive motions shall be March 2, 2018.

| Shimaaz Ivy, Plaintiff | Douglas Beckman and Nathaniel Park, Defendants |
|---|---|
| BY: /s/ Martin D. Gould<br>    Romanucci & Blandin, LLC<br>    Suite 900<br>    321 N. Clark Street<br>    Chicago, IL 60654<br>    (312) 458-1000 | BY: /s/ John D. Flodstrom<br>    Heyl, Royster, Voelker & Allen<br>    P.O. Box 129<br>    Urbana, IL 61803<br>    (217) 344-0060 |

31535884_1

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Antonio M. Romanucci
Romanucci & Blandin, LLC
Suite 900
321 N. Clark Street
Chicago, IL 60654

Mr. Martin D. Gould
Romanucci & Blandin, LLC
Suite 900
321 N. Clark Street
Chicago, IL 60654

Mr. Michael Elliot Holden
Romanucci & Blandin, LLC
Suite 900
321 N. Clark Street
Chicago, IL 60654

                                      s/John D. Flodstrom
                                      ARDC #6193116
                                      Attorney for Defendants
                                      Heyl, Royster, Voelker & Allen
                                      Suite 300, 102 East Main Street
                                      P.O. Box 129
                                      Urbana, IL 61803-0129
                                      217-344-0060 Phone
                                      217-344-9295 Fax
                                      E-mail: jflodstrom@heylroyster.com

31474862_1