# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| SHIMAAZ IVY, | ) | |
| | ) | |
| Plaintiff, | ) | Magistrate Judge Eric Long |
| | ) | |
| v. | ) | No.: 16-cv-2292 |
| | ) | |
| DOUGLAS BECKMAN, individually; and NATHANIEL PARK, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR QUALIFIED PROTECTIVE ORDER

NOW COMES the Plaintiff, SHIMAAZ IVY, by and through his attorneys, ROMANUCCI & BLANDIN, LLC, and for Plaintiff's Response to Defendant's Motion for a HIPPA Qualified Protective Order, states as follows:

1. On November 16, 2016, Defendants filed a motion for a HIPPA Qualified Protective Order.

2. On November 17, Honorable Eric Long directed Plaintiff to advise as to whether Plaintiff has any objections to the entry of the proposed protective order.

3. Plaintiff has no objection to the entry of the proposed protective order to protect the protected health information from unauthorized disclosure while still permitting its use solely for purposes of this litigation.

Respectfully Submitted,
ROMANUCCI & BLANDIN, LLC

/s Martin D. Gould

Antonio M. Romanucci
Martin D. Gould
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street
Suite 900
Chicago, Illinois 60654
(312) 458-1000
(312) 458-1004 *facsimile*
Attorney No.: 35875
mgould@rblaw.net

# CERTIFICATE OF SERVICE

        I hereby certify that on November 20, 2016, I provided service to all counsel listed below by electronically filing Plaintiff's Response to Defendants' Motion for a Qualified Protective Order with the Clerk of Court using CM/ECF system which will provide

John D. Flodstrom        jflodstrom@heylroyster.com
**Counsel for Defendants**

        By:    s/ Martin D. Gould
              One of Plaintiff's Attorney

Martin D. Gould
Romanucci & Blandin LLC
321 North Clark Street Suite 900
Chicago, Illinois 60654
Phone: 312-458-1000
Fax: 312-458-1004
mgould@rblaw.net