E-FILED
Thursday, 08 February, 2018  03:51:06 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| SHIMAAZ IVY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.:  16-cv-02292 |
| | ) | |
| DOUGLAS BECKMAN, Individually, and | ) | |
| NATHANIEL PARK, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR DISMISSAL

NOW COMES the Plaintiff, SHIMAAZ IVY, by his attorney, Martin D. Gould of Romanucci & Blandin, LLC, and the Defendants, DOUGLAS BECKMAN and NATHANIEL PARK, by their attorney, John D. Flodstrom of Heyl, Royster, Voelker & Allen, and hereby stipulate and agree to dismiss Plaintiff's Complaint at Law with prejudice, in bar of action, with each party herein to bear its respective costs.

SHIMAAZ IVY, Plaintiff

BY: /s/ Martin D. Gould
       Martin D. Gould
       Romanucci & Blandin, LLC
       Suite 900
       321 N. Clark Street
       Chicago, IL  60654
       Email: mgould@rblaw.net

DOUGLAS BECKMAN and
NATHANIEL PARK, Defendants

BY:/s/  John D. Flodstrom
       John D. Flodstrom
       Heyl, Royster, Voelker & Allen
       301 N. Neil Street, Suite 505
       P. O. Box 1190
       Champaign, IL  61824-1190
       Email:  jflodstrom@heylroyster.com